**Order entered March 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01313-CV

### INSURANCE ALLIANCE, Appellant

### V.

### LAKE TEXOMA HIGHPORT, LLC
### AND BOWOOD PARTNERS, LTD., Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The parties' March 14, 2014 "Joint Motion to Set Oral Argument Timing and Sequence"

is **GRANTED** with the following modifications regarding the time allowed:

Insurance Alliance will have 15 minutes for its opening argument as appellant.

Lake Texoma Highport will have 15 minutes for its opening argument as appellee and cross-appellant.

Bowood Partners will have 10 minutes for its argument as appellee and cross-appellee.

Lake Texoma Highport will have 5 minutes for its rebuttal as cross-appellant.

Insurance Alliance will have 5 minutes for its rebuttal as appellant.

/s/    ADA BROWN
         JUSTICE